Hiram Slocum, Plaintiff, v. Alfred H. Tompkins, Respondent. Henry

D. Slocum, as Administrator, etc., of Hiram Slocum, Deceased, Appellant. — Order reversed, with ten dollars costs and disbursements, upon the ground of laches, and motion denied, with ten dollars costs.   Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Thomas J. Smith, Respondent, v. M. Grace Mulford, Appellant.— Order of the County Court of Suffolk county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

The Tax Lien Company of New York, Appellant, v. Simon Hutter and Others, Respondents.— Order modified by striking therefrom the provision that plaintiff shall have no right of action over and against the city of New York for any costs provided to be paid under said order, without prejudice, however, as to the rights of the plaintiff and the city in such other proceeding as may be hereafter taken; and as so modified, the order is affirmed, without costs. · Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Lena Vogelsang, Appellant, v. Andrew Hansen and Ingeborg M. Hansen, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

J. D. Williams, Incorporated, Respondent, v. Frederick P. Kamholz, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the rulings at folios 177, 179, 181 and 182. Jenks, P. J., Thomas and Carr, JJ., concurred; Hirschberg and Rich, JJ., dissented.

Charles Willis, Respondent, v. Robert K. Everett, Appellant, Impleaded with Richard Baldwin, Jr., and John J. McLaughlin.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.